# Court of Appeals
# of the State of Georgia

ATLANTA, _____April 15, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1140.  ANGELA COLLINS et al. v. XYTEX CORPORATION et al.**

Upon consideration of the APPELLANTS' motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*

*Clerk's Office,*

*Atlanta,_____04/15/2016_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*